986

No. 77-634. SEMCO MANUFACTURING, INC. v. U. S. IN-DUSTRIES, INC. C. A. 8th Cir. Certiorari denied. 

No. 77-5059. DUPREE v. UNITED STATES C. A. 8th Cir. Certiorari denied. 

No. 77-5146. POULACK v. UNITED STATES. C. A. 1st Cir. Certiorari denied. 

No. 77-5149. HARRIS v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 77-5198. HARMER v. UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied.

No. 77-5210. MEDICO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 77-5228. WILSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 77-5295. KENNARD v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 77-5296. STANARD v. NEW YORK. Ct. App. N. Y. Certiorari denied. 

No. 77-5338. MUIR v. ILLINOIS. Sup. Ct. Ill. Certiorari denied. 

No. 77-5356. SAYLOR v. OVERBERG, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 77-5357. BOTTOS v. AVAKIAN ET AL. C. A. 7th Cir. Certiorari denied. 

No. 77-5372. PAYNE v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 77-5404. STANFIELD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.